United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-20941-ref
John L Werner                                                   Chapter 13
Corinne E. Werner
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 3              Date Rcvd: Nov 17, 2016
                              Form ID: 138NEW        Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
```
db/jdb         +John L Werner,    Corinne E. Werner,    176 Pennypacker Road,    Mohnton, PA 19540-7823
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
12351068       +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12507160        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12400759      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE  19886-5102)
12453944       +Bank of America N.A.,    P. O. Box 26012,    NC4-105-02-99,    Greensboro, North Carolina 27420-6012
12351071      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa Na,     Po Box 85520,    Richmond, VA  23285)
12429428        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12351072        Citi Cards/cbsd Na,    Attn: Centralized Bankruptcy Po Box 2050,    Kansas City, MO  64195
12400428       +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
12351074       +Hsbc Best Buy,    Attn: Bankruptcy Po Box 5263,    Carol Stream, IL 60197-5263
12351075       +Limited Too/justice,    555 W 112 Ave,    Northglenn, CO 80234-3022
12351076        Macy’s,    P.O. Box 183083,    Columbus, OH  43218-3083
12452557       +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
12351077       +Rbs Citizens N.a.,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
12507537      #+Santander Consumer USA Inc.,    8585 N Stemmons Fwy, Ste. 1100N,    Dallas, TX 75247-3822
12540807       +Santander Consumer USA Inc.,    C/O Brian E. Caine, Esq.,    One Greentree Centre,
                 10000 Lincoln Drive East, Suite 201,    Marlton, New Jersey 08053-3105
12351078      #+Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3822
12351079       +Susan Werner,    385 Blimline Rod,    Mohnton, PA 19540-7807
12351080       +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
12474523        WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
12351081       +Wfnnb/victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
13310404        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12487802        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Nov 18 2016 02:07:07      RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            +E-mail/Text: robertsl2@dnb.com Nov 18 2016 02:07:09      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2016 02:06:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2016 02:07:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Nov 18 2016 02:06:21      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2016 02:02:07      GE Money Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr              E-mail/Text: bankruptcy.bnc@ditech.com Nov 18 2016 02:06:27      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL  60055-0049
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2016 02:20:04
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2016 02:02:06
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Nov 18 2016 02:06:21      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12351067       +E-mail/Text: ally@ebn.phinsolutions.com Nov 18 2016 02:06:21      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
12398849       +E-mail/Text: ally@ebn.phinsolutions.com Nov 18 2016 02:06:21
                 Ally Financial Inc. f/k/a GMAC Inc.,    PO Box 130424,    Roseville, MN 55113-0004
12437333       +E-mail/Text: bncmail@w-legal.com Nov 18 2016 02:07:08      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12812998       +E-mail/Text: bnc@bass-associates.com Nov 18 2016 02:06:21      Capital One, N.A,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12833076        E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2016 02:01:52      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
12389405        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2016 02:01:40      GE Money Bank,
                 c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13067599        E-mail/Text: bankruptcy.bnc@ditech.com Nov 18 2016 02:06:27      Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City SD 57709-6154
12351073       +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2016 02:02:07      Gemb/old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
```

```
District/off: 0313-4          User: dlv                    Page 2 of 3                   Date Rcvd: Nov 17, 2016
                              Form ID: 138NEW              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12479620       +E-mail/Text: bnc@bass-associates.com Nov 18 2016 02:06:21      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12668700       +E-mail/Text: bknotice@ncmllc.com Nov 18 2016 02:07:08     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
12717200       +E-mail/Text: bncmail@w-legal.com Nov 18 2016 02:07:07     Oak Harbor Capital III, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12473435        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2016 02:21:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12359141        E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2016 02:02:09
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12358811       +E-mail/Text: bncmail@w-legal.com Nov 18 2016 02:07:07     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13036163       +E-mail/Text: bncmail@w-legal.com Nov 18 2016 02:07:15     Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12483093        E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2016 02:06:30
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +National Capital Management, LLC,     8245 Tournament Dr.,    Suite 230,   Memphis, TN 38125-1741
cr*            +Oak Harbor Capital III, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*             eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
13673509*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
12487803*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13102183*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
12351069     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
12351070     ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor   Bank Of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRIAN E. CAINE    on behalf of Creditor   Santander Consumer USA, Inc. ,
               BKcourtnotices@parkermccay.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
```

```
District/off: 0313-4           User: dlv              Page 3 of 3                  Date Rcvd: Nov 17, 2016
                               Form ID: 138NEW        Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          PAUL H. HERBEIN    on behalf of Joint Debtor Corinne E. Werner PHERBEIN@AOL.COM, herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Plaintiff Corinne E. Werner PHERBEIN@AOL.COM, herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Debtor John L Werner PHERBEIN@AOL.COM, herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Plaintiff John L Werner PHERBEIN@AOL.COM, herbeinlaw@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 9

Case 11-20941-ref    Doc 74    Filed 11/19/16    Entered 11/20/16 01:14:04    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John L Werner and Corinne E. Werner

    Debtor(s)

Bankruptcy No: 11−20941−ref
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/17/16

73 − 71
Form 138_new