United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John L Werner
Corinne E. Werner
    Debtors

Case No. 11-20941-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Nov 17, 2016
                           Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
db/jdb        +John L Werner,   Corinne E. Werner,   176 Pennypacker Road,   Mohnton, PA 19540-7823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:
         ANN E. SWARTZ     on behalf of Creditor   Bank Of America, N.A. ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
         BRIAN E. CAINE     on behalf of Creditor   Santander Consumer USA, Inc. ,
          BKcourtnotices@parkermccay.com
         FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor   Bank of America, N.A., et al
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         PAUL H. HERBEIN     on behalf of Plaintiff John L Werner PHERBEIN@AOL.COM,   herbeinlaw@gmail.com
         PAUL H. HERBEIN     on behalf of Joint Debtor Corinne E. Werner PHERBEIN@AOL.COM,
          herbeinlaw@gmail.com
         PAUL H. HERBEIN     on behalf of Plaintiff Corinne E. Werner PHERBEIN@AOL.COM,   herbeinlaw@gmail.com
         PAUL H. HERBEIN     on behalf of Debtor John L Werner PHERBEIN@AOL.COM,   herbeinlaw@gmail.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                          Chapter: 13

    John L Werner and Corinne E. Werner

Debtor(s)                                       Case No: 11−20941−ref

_____

*ORDER*

    AND NOW, 11/17/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Judge ,United States Bankruptcy Court