B 283 (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT

In re: __John L Werner__                               Case No. __11-20941__
             Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    [X]     I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    [ ]     I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address: _____

    My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    [X]     I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

    [ ]     I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __11/30/16__                    _____/s/ John Werner_____
            Date                                                                Debtor

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.