```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 11-20941-ref
John L Werner                                                       Chapter 13
Corinne E. Werner
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin                Page 1 of 2               Date Rcvd: Dec 23, 2016
                              Form ID: 3180W             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
```
db/jdb         +John L Werner,    Corinne E. Werner,    176 Pennypacker Road,    Mohnton, PA 19540-7823
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12452557       +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
12351079       +Susan Werner,    385 Blimline Rod,    Mohnton, PA 19540-7807
13310404        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Dec 24 2016 00:46:30     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:45:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2016 00:46:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12398849       +EDI: GMACFS.COM Dec 24 2016 00:33:00     Ally Financial Inc. f/k/a GMAC Inc.,    PO Box 130424,
                 Roseville, MN 55113-0004
12507160        EDI: BECKLEE.COM Dec 24 2016 00:33:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12400759        EDI: BANKAMER2.COM Dec 24 2016 00:33:00     FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102
12400428       +EDI: TSYS2.COM Dec 24 2016 00:33:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13067599        E-mail/Text: bankruptcy.bnc@ditech.com Dec 24 2016 00:45:26     Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City SD 57709-6154
12717200       +EDI: OPHSUBSID.COM Dec 24 2016 00:33:00     Oak Harbor Capital III, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12473435        EDI: PRA.COM Dec 24 2016 00:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
12507537       +EDI: DRIV.COM Dec 24 2016 00:33:00     Santander Consumer USA Inc.,
                 8585 N Stemmons Fwy, Ste. 1100N,    Dallas, TX 75247-3822
13036163       +EDI: OPHSUBSID.COM Dec 24 2016 00:33:00     Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12483093        EDI: Q3G.COM Dec 24 2016 00:33:00     World Financial Network National Bank,
                 Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
12487802        EDI: ECAST.COM Dec 24 2016 00:33:00     eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13673509*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
12487803*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13102183*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: admin                   Page 2 of 2                    Date Rcvd: Dec 23, 2016
                               Form ID: 3180W                Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:

```
          ANN E. SWARTZ     on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          BRIAN E. CAINE    on behalf of Creditor    Santander Consumer USA, Inc. ,
           BKcourtnotices@parkermccay.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Bank of America, N.A., et al
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          PAUL H. HERBEIN    on behalf of Joint Debtor Corinne E. Werner PHERBEIN@AOL.COM,
           herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Plaintiff Corinne E. Werner PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Debtor John L Werner PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
          PAUL H. HERBEIN    on behalf of Plaintiff John L Werner PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John L Werner** | Social Security number or ITIN  **xxx–xx–6358** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Corinne E. Werner** | Social Security number or ITIN  **xxx–xx–5397** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–20941–ref** | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John L Werner                                      Corinne E. Werner

12/22/16                            **By the court:**    Richard E. Fehling
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**